IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, ET AL.<br><br>　　　Plaintiffs<br><br>　　　v.<br><br>GOVERNMENT DEVELOPMENT BANK OF P.R. (GDB), GUILLERMO CAMBA, CARLOS GARCÍA, EDGARDO RODRÍGUEZ-NIEVEZ, ENID LOPEZ, MARIELA REXACH<br><br>　　　Defendants | CIVIL No.10-2228 (DRD)<br><br>18 U.S.C. § 1030<br>18 U.S.C. § 2510<br>18 U.S.C. § 2701<br>18 U.S.C. § 623<br>42 U.S.C. § 1981<br>42 U.S.C. § 1983<br>42 U.S.C. § 1985<br>42 U.S.C. § 1988<br>42 U.S.C. § 2000e-3<br>RETALIATION, TORTS, SEPARATION PAY<br>TRIAL BY JURY |

**MOTION SUBMITTING CERTIFIED TRANSLATION**

TO THE HONORABLE COURT:

　　　COME NOW Mariela Rexach, *pro se*, through a special appearance without submitting herself to this Court's jurisdiction, and respectfully states, alleges and prays as follows:

　　　1.　　On April 4, 2011, the undersigned, through a special appearance, filed an Urgent Motion Requesting Stay of Proceedings and Rule 11 Hearing. See Dkt. No. 8.

　　　2.　　On April 5, 2011, the Court entered a stay of proceedings as requested, and ordered the filing of a certified translation of the Resolution of the Official Examiner issued which had been submitted as Exhibit 1. See Dkt. No. 9.

　　　3.　　In compliance with this Order, the undersigned herein submits a certified translation of Exhibit 1 of her Urgent Motion Requesting Stay of Proceedings and Rule 11 Hearing.

4. We further inform the Court the translation of this document generated a cost of $546.15, which we request Plaintiffs be ordered to reimburse.

WHEREFORE, defendants respectfully request that this Honorable Court take notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of May, 2011.

WE HEREBY CERTIFY that on this date the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be electronically sent to all parties. Parties may access this filing through the Court's system.

**s/Mariela Rexach-Rexach**
**Mariela Rexach-Rexach**
USDC PR No. 214110
mrexach@suas.net
PRO SE
SCHUSTER AGUILÓ LLP
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765-4646
Telefax: (787) 765-4611

H:\ATTY\MRX\GDB\Vicky Rodríguez IV -DRD\submitting certified translations.wpd