UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRIGUEZ-TORRES, et al., <br><br> Plaintiff(s), <br><br> GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO; GUILLERMO CAMBA-CASAS; CARLOS GARCIA; MARIELA REXACH, <br><br> Defendant(s). | Civil No. 10-2228 (DRD) |

**ORDER**

Attorney William Meléndez-Menéndez (USDC-PR 226902) (hereinafter "Mr. Meléndez") represents the plaintiffs in the instant case.

Pursuant to the *Order* of July 21, 2011 entered on Misc. No. 10-267 (ADC), Mr. Meléndez was suspended from the practice of law in this Court for a period of two years.  Hence, Mr. Meléndez is barred from representing plaintiffs herein.  *See* Misc. No. 10-267 (ADC), Docket No. 27.

In view of the foregoing, Mr. Meléndez shall give notice to plaintiffs herein, on or before August 15, 2011, that he has been suspended from the practice of law in this Court for a period of two years and cannot continue to represent them, providing each plaintiff with a copy of the *Order* of July 21, 2011 suspending him from practicing in this Court, Misc. No. 10-267 (ADC), Docket No. 27, as well as a copy of the Magistrate Judge's *Report and Recommendation*, Misc. No. 10-267 (ADC), Docket No. 19.

Mr. Meléndez shall file a certificate of service, on or before August 19, 2011, informing the Court that he has fully complied with this *Order*.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of August, 2011.

s/Daniel R. Dominguez
DANIEL R. DOMINGUEZ
U.S. District Judge