UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRIGUEZ-TORRES, et al., | |
| Plaintiff(s), | Civil No. 10-2228 (DRD) |
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO; GUILLERMO CAMBA-CASAS; CARLOS GARCIA; MARIELA REXACH, | |
| Defendant(s). | |

**AMENDED ORDER NUNC PRO TUNC**

Attorney William Meléndez-Menéndez (USDC-PR 226902) (hereinafter "Mr. Meléndez") represents the plaintiffs in the instant case.

Pursuant to the *Order* of July 21, 2011 entered on Misc. No. 10-267 (ADC), Mr. Meléndez was suspended from the practice of law in this Court for a period of two years. Hence, Mr. Meléndez is barred from representing plaintiffs herein. *See* Misc. No. 10-267 (ADC), Docket No. 27.

In view of the foregoing, Mr. Meléndez shall give notice of this *Amended Order Nunc Pro Tunc* to plaintiffs herein, on or before August 31, 2011, that he has been suspended from the practice of law in this Court for a period of two years and cannot continue to represent them, providing each plaintiff with a copy of the *Order* of July 21, 2011 suspending him from practicing in this Court, Misc. No. 10-267 (ADC), Docket No. 27, as well as a copy of the Magistrate Judge's *Report and Recommendation*, Misc. No. 10-267 (ADC), Docket No. 19.

Furthermore, Mr. Meléndez shall turn over all case files to plaintiffs forthwith; he shall return all funds already paid to him for services not yet rendered, and he may assist plaintiffs herein in the

process of undertaking new legal representation.

Mr. Meléndez shall file a certificate of service, on or before August 26, 2011, informing the Court that he has fully complied with this *Order*.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of August, 2011.

>s/Daniel R. Dominguez
>DANIEL R. DOMINGUEZ
>U.S. District Judge