# United States Court of Appeals
## For the First Circuit

No. 11-1558

VICKY RODRIGUEZ-TORRES; LUIS R. MALDONADO-VAILLANT;
CONJUGAL PARTNERSHIP MALDONADO-RODRIGUEZ

Plaintiffs - Appellants

v.

GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO;
GUILLERMO CAMBA-CASAS; CARLOS GARCIA; MARIELA REXACH;
EDGARDO RODRIGUEZ-NIEVES; ENID LOPEZ

Defendants - Appellees

**MANDATE**

Entered: April 4, 2012

In accordance with the judgment of March 13, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Miguel A. Cuadros-Pesquera
William E. Melendez-Menendez
Mariela Rexach
Jaime J. Zampierollo-Vila